NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURE AXCESS, LLC,**
*Plaintiff-Appellant*

v.

**NINTENDO OF AMERICA INC., NINTENDO CO., LTD.,**
*Defendants-Appellees*

---

2015-1971

---

Appeal from the United States District Court for the Western District of Washington in No. 2:14-cv-01013-RSM, Judge Ricardo S. Martinez.

---

## JUDGMENT

---

TIMOTHY JOHN BILLICK, I, Mann Law Group, Seattle, WA, argued for plaintiff-appellant. Also represented by PHILIP P. MANN.

STEPHEN R. SMITH, Cooley LLP, Washington, DC, argued for defendants-appellees. Also represented by PHILLIP EDWARD MORTON, ROSE S. WHELAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  |  |
|---|---|
| August 8, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |